In the Matter of the Judicial Settlement of the Account of Proceedings of LIVINGSTON PLATT, as Executor, etc., of ALICE C. MARTIN, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch. McAvoy, Martin and O'Malley, JJ.

ISAAC DELIGTISCH V. ABRAHAM BORSON, as President of the Joint Council Foodcraft Unions of New York City.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE BRUNSWICK-BALKE-COLLENDER COMPANY OF NEW YORK V. WILLBEE, INC.— Motion denied, with ten dollars costs; the time of the defendant in which to serve its amended answer extended until ten days after service of order. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

GUARDIAN TAXI CORPORATION and Another v. ARTHUR N. SEIFF, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN V. CLAIR SMITH and Another.— Matter referred to the grievance committee of the Association of the Bar of the City of New York for investigation. Present — Dowling, P. J., Finch, McAvoy, Martin and and O'Malley, JJ.

MARGARET W. CROWELL V. WILLIAM BEERS CROWELL.— Motion denied, with ten dollars costs, with leave to plaintiff to serve an amended complaint within five days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUEL MONSANTO and Another v. HENRY M. HUBSHMAN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMTORG TRADING CORPORATION V. NEW YORK INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE SCHATZBERG V. LOUIS SCHATZBERG.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

J. & H. GOODWIN, LTD., v. DOLLAR STEAMSHIP LINE.— Motion for stay and reargument denied; orders resettled. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

FRANK D. DUFFIELD v. LAWSON & MACMURRAY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELTON CLARK and Others v. JOHN H. KIRBY and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MOLLIE SCHWARTZ V. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proceedings Supplementary to Execution: HOWARD ERIC and Another v. CHESTER A. GUMPERT.— Motion denied, with ten dollars costs, and injunction contained in order to show cause dated May 19, 1930, vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.